RECEIVED
SDNY PRO SE OFFICE
2026 JAN -6 PM 2:38

**CIVIL COVER SHEET (JS-44)**

(Rev. 12/01/20)

**I. PLAINTIFFS**

26 CV 0176

Timothy Pena

257 W. 29th Street #13C

New York, NY 10001

**I. DEFENDANTS**

New York City Department of Homeless Services

Institute for Community Living

Karen Fuller (individual and official capacities)

**II. BASIS OF JURISDICTION**

Federal Question (28 U.S.C. § 1331)

**IV. NATURE OF SUIT**

440 – Other Civil Rights

**V. ORIGIN**

1 – Original Proceeding

**VI. CAUSE OF ACTION**

Violations of the VA Grant and Per Diem (GPD) Program; Americans with Disabilities Act; First Amendment retaliation; False Claims Act; sex discrimination against women veterans; and related federal and state law claims.

## VII. REQUESTED IN COMPLAINT

Jury Demand: Yes

Class Action: No

## VIII. RELATED CASES

None

## IX. DATE AND SIGNATURE

January 6, 2026

/s/ Timothy Pena