UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
                     :

TIMOTHY PENA,                      :

                   Plaintiff,     :

                      :          26-CV-176 (JMF)

     -v-                  :

                      :          ORDER

NEW YORK CITY DEPARTMENT OF HOMELESS  :
SERVICES ("DHS") et al.,         :

                      :

               Defendants.   :

                      :

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On February 12, 2026, the Court granted Plaintiff's request for the U.S. Marshals Service to effect service. ECF No. 18. In order to effect service, however, the Marshals require information regarding where Defendants may be served. While the complaint indicates with sufficient particularity where most Defendants may be served, it is not clear where Defendant Karen Fuller may be served and, specifically, whether she is the Veteran Affairs Director of Homeless Services in the United States Department of Homeland Security (i.e., a federal agency) or is affiliated with the New York City Department of Veterans Services. *See* ECF No. 2, at ¶ 9 ("Defendant Karen Fuller is the Former Manhattan Veterans Affairs Director of Homeless Services"). Plaintiff is hereby ORDERED to file a letter on the docket specifying where Defendant Karen Fuller may be served **no later than March 3, 2026.**

      SO ORDERED.

Dated: February 24, 2026
      New York, New York           _____
                                JESSE M. FURMAN
                            United States District Judge