UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                        :
TIMOTHY PENA,                                           :
                                                        :
                                    Plaintiff,          :
                                                        :           26-CV-176 (JMF)
              -v-                                        :
                                                        :           ORDER
NEW YORK CITY DEPARTMENT OF HOMELESS   :
SERVICES et al.,                                        :
                                                        :
                                    Defendants.         :
                                                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On June 9, 2026, Defendants filed a motion to dismiss the complaint under Rule 12(b) of

the Federal Rules of Civil Procedure.  ECF Nos. 42; 44.  Although Plaintiff has already amended

the complaint once as a matter of course, ECF No. 22, because leave to amend should be "freely"

granted "when justice so requires," the Court grants Plaintiff leave to amend to address the issues

raised in the motion to dismiss.  Fed. R. Civ. P. 15(a)(2).  Because Plaintiff is proceeding *pro se*,

however, the Court will give Plaintiff additional time to amend the complaint.

Accordingly, it is hereby ORDERED that Plaintiff shall file any amended complaint by

**July 22, 2026.**  If Plaintiff believes that the pleading of additional facts will cure deficiencies

identified in the motion to dismiss, the Plaintiff should include those facts in the amended

complaint.[1]  Plaintiff will not be given any further opportunity to amend the complaint to address

issues raised by the motion to dismiss.

---

[1]     If possible, Plaintiff shall file any amended complaint with a redline showing all
differences between the original and revised filings, pursuant to Local Civil Rule 15.1, which is
available at https://www.nysd.uscourts.gov/rules.

If Plaintiff does amend, by three (3) weeks after the amended complaint is filed, Defendant shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that it relies on the previously filed motion to dismiss.  If Defendants file an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot.

If no amended complaint is filed, Plaintiff shall serve any opposition to the motion to dismiss by **July 22, 2026**.  Defendants' reply, if any, shall be served by **August 5, 2026.**

Either party may request an extension of the briefing schedule for the motion.  A deadline will be extended if the party demonstrates that its pursuit of the action has been diligent and that there is a good reason for extending the deadline.

SO ORDERED.

Dated: June 10, 2026
New York, New York

_____
JESSE M. FURMAN
United States District Judge

3