UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                    :
TIMOTHY PENA,                                       :
                                                    :
                            Plaintiff,              :            26-CV-176 (JMF)
                                                    :
            -v-                                     :            ORDER OF SERVICE
                                                    :
NEW YORK CITY DEPARTMENT OF HOMELESS                :
SERVICES ("DHS") et al.,                            :
                                                    :
                            Defendants.             :
                                                    :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

By Order dated January 20, 2026, the Court granted Plaintiff's request to proceed without prepayment of fees.[1]  Plaintiff is therefore entitled to rely on the Court and the U.S. Marshals Service to effect service.[2]  *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process [where an incarcerated plaintiff has been granted permission to proceed without prepayment of fees].");  Fed. R. Civ. P. 4(c)(3).  The Marshals were unable to effect service on Adam Wawrynek at the provided address.  *See* ECF No. 39.  The Marshals are thus hereby directed to attempt service again at the headquarters of the business where the defendant is employed, Services for the Underserved, Inc.

---

[1] Prisoners are not exempt from paying the full filing fee even when they have been granted permission to proceed without prepayment of fees.  *See* 28 U.S.C. § 1915(b)(1).

[2] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have served the summons and the complaint until the Court reviewed the complaint and ordered that the summons be issued.  The Court therefore extends the time to serve until 90 days after the date the summons is issued.

Accordingly, the Clerk of Court is instructed to issue a new summons, fill out a U.S. Marshals Service Process Receipt and Return (Form USM-285), and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Defendant Adam Wawrynek at the new address.

If the complaint is not served within 90 days after the date the summonses are issued, Plaintiff should request an extension of time for service.  *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the *pro se* plaintiff's responsibility to request an extension of time for service).  Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so.

Plaintiff may consult the legal clinic in this District that assists people who are parties in civil cases and do not have lawyers.  The clinic is run by a private organization called the City Bar Justice Center ("CBJC"); it is not part of, or run by, the court (and therefore cannot, among other things, accept filings on behalf of the court, which must still be made by any *pro se* party through the Pro Se Intake Unit).  To receive limited-scope assistance from the clinic, Plaintiff should make an appointment by completing the CBJC's online intake form, located at https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project.

SO ORDERED.

Dated:  June 12, 2026
     New York, New York

              JESSE M. FURMAN
            United States District Judge

**DEFENDANT AND SERVICE ADDRESS**

Defendant Adam Wawrynek: 463 7th Ave 17th floor, New York, NY 10018