UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIMOTHY PENA,<br><br>Plaintiff,<br><br>-v-<br><br>NEW YORK CITY DEPARTMENT OF HOMELESS SERVICES et al.,<br><br>Defendants. | 26-CV-176 (JMF)<br><br>ORDER |

JESSE M. FURMAN, United States District Judge:

Pursuant to the Court's June 10, 2026 Order, ECF No. 44, Plaintiff was required to file either an amended complaint or an opposition, no later than July 22, 2026. To date, Plaintiff has not filed either. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **August 24, 2026**. Failure to file by that deadline may result in the case being dismissed for failure to prosecute and/or as abandoned.

SO ORDERED.

Dated: August 3, 2026
New York, New York

JESSE M. FURMAN
United States District Judge