UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

TIMOTHY PENA,

Plaintiff,

-v-

NEW YORK CITY DEPARTMENT OF HOMELESS SERVICES ("DHS") et al.,

Defendants.

-------------------------------------------------------------------X

26-CV-176 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

Pursuant to the Court's June 11, 2026 Order, ECF No. 45, Defendants were notified that, if Plaintiff filed a second amended complaint, Defendants would have three weeks to either: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that they rely on the previously filed motions to dismiss. On August 31, 2026, the docket was updated to reflect Plaintiff's second amended complaint. In light of that filing, Defendants' deadline to take one of the foregoing actions is **September 21, 2026**.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: September 1, 2026
New York, New York

JESSE M. FURMAN
United States District Judge