UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TIMOTHY PENA,

Plaintiff,

-v-

NEW YORK CITY DEPARTMENT OF HOMELESS SERVICES ("DHS") et al.,

Defendants.

---

26-CV-176 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

In light of the new motions to dismiss filed by Defendants Adam Wawrynek, City of New York, and Institute for Community Living, *see* ECF Nos. 64, 67, 70, the earlier motions to dismiss filed by Defendants City of New York and Institute for Community Living, *see* ECF Nos. 42, 44, are hereby DENIED as moot. Plaintiff's opposition to the new motions to dismiss is due by **October 26, 2026**. Defendants' reply, if any, is due by **November 2, 2026**.

The Clerk of Court is directed to terminate ECF Nos. 42 & 44 and to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: September 30, 2026
New York, New York

JESSE M. FURMAN
United States District Judge