UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIMOTHY PENA,

Plaintiff,

-v-

NEW YORK CITY DEPARTMENT OF HOMELESS SERVICES ("DHS") et al.,

Defendants.

26-CV-176 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On November 12, 2026, Defendants Teresa Santiago and Siobhan Dannacker (the "Federal Defendants") filed a motion to dismiss Plaintiff's Second Amended Complaint under Rule 12(b) of the Federal Rules of Civil Procedure. *See* ECF No. 83. The earlier motions to dismiss filed by Defendants Adam Wawrynek, City of New York, and Institute for Community Living, *see* ECF Nos. 64, 67, 70, are fully submitted, with Plaintiff having filed a response to all three on October 26, 2026, *see* ECF No. 76. Plaintiff shall file any opposition to the Federal Defendants' motion no later than **December 14, 2026**; such opposition, however, should address *only* the issues raised in that motion. That is, Plaintiff may not use his opposition to the Federal Defendants' motion as an opportunity to supplement his response to the three prior motions in this case. The Federal Defendants' reply, if any, is due no later than **December 21, 2026**.

As Plaintiff previously consented to receive electronic notice via the ECF system, *see* ECF No. 4, there is no need to mail a copy of this endorsed letter to Plaintiff.

SO ORDERED.

Dated: November 13, 2026
New York, New York

JESSE M. FURMAN
United States District Judge